11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Combustion
Engineering, Inc. and Owens-Illinios, Inc.

Appellants

Vs.                   No.
11-02-00174-CV B Appeal
from Nolan County

Robert
Hutchinson and Joyce Hutchinson

Appellees

 

Combustion
Engineering, Inc. and Owens-Illinios, Inc. have each filed motions to dismiss
the appeal.  The parties stated that all
matters have been settled.  The motions
are granted.

The
appeal is dismissed.

 

PER CURIAM

 

February 26,
2004

Not designated
for publication.  See TEX.R.APP.P.
47.2(a).

Panel consists of:  Arnot, C.J., and

Wright, J., and McCall, J.